In the Matter of the Estate of GEORGE L. CHILSON, Deceased. ELIZABETH H. CHILSON, Natural Guardian of ROBERT M. CHILSON, an Infant, Respondent. EVELYN A. CHILSON, Appellant.— AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.